## No. 5407.

### D. R. CARROLL VS. JOHN PETIT.

In an action for breach of warranty, where a sale had been made of a tract of land in Mississippi with warranty that the vendor's title was free from incumbrances, and the vendee was evicted by a purchaser under a judgment of prior date, the evicted vendee can recover of his vendor the price paid with interest from the date of the eviction.

APPEAL from the Fourth District Court of New Orleans.    LYNCH, J.

*Semmes* for Plaintiff.    *Bermudez* for Defendant Appellant.

MARR, J., delivered the opinion amending the judgment.

---

## No. 5893.

### JULIUS LEVY VS. WALLACE & CO.

Where an attachment has been sued out without probable cause, and also without malice, damages will be awarded equal to the sum paid for attorney's fees and such other sum as would reasonably cover the actual loss, this latter not being susceptible of accurate computation.

APPEAL from the Sixth District Court of New Orleans.    SAUCIER, J.

*Braughn, Buck & Dinkelspiel* for Plaintiff.    *A. & W. Voorhies* for Defendant Appellant.

MARR, J., delivered the opinion affirming the judgment.